| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ROBERT A. VAN NEST - #84065 |
| 2 | JAN NIELSON LITTLE - #100029 |
| | MICHAEL D. CELIO - #197998 |
| 3 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 5 | |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ELECTRONIC ARTS INC. SECURITIES LITIGATION | Master File No. C 05-01219 MMC |
| | CLASS ACTION |
| | **STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This document relates to:  ALL ACTIONS | [Pursuant to Civil L.R. 3-12(b), a chambers copy of this document is being lodged in the case listed below.] |
| | Judge:     Hon. Maxine M. Chesney |
| WALTER HAMMOCK, derivatively on behalf of Nominal Defendant Electronic Arts Inc., | Case No. C 05-02009 ~~BZ~~ MMC |
| Plaintiff, | |
| v. | |
| M. RICHARD ASHER, BRUCE McMILLAN, LEONARD S. COLEMAN, TIMOTHY MOTT, WILLIAM J, BYRON, ROBERT W. PITTMAN, JOEL LINZNER, WARREN C. JENSON, GERHARD FLORIN, LAWRENCE F. PROBST, III, DON A. MATTRICK, NANCY L. SMITH, STEPHEN BENÉ and  J. RUSSELL RUEFF, JR | |
| Defendants, | |
| and | |
| ELECTRONIC ARTS INC. | |
| Nominal Defendants. | |

1  WHEREAS, pursuant to Civil Local Rule 3-12, Defendants seek to have the Court relate

2  the action titled: *Walter Hammock v. M. Richard Asher, et al.* Case No. C 05-02009 ~~BZ~~ MMC,

3  currently pending ~~before the Hon. Bernard Zimmerman~~ in this District, to ~~the~~ another action pending

4  before this Court, entitled *In re Electronic Arts Securities Litigation,* Master File No. C 05-01219

5  MMC); and

6  WHEREAS, the Hammock action ~~pending before Magistrate Judge Zimmerman~~ concerns

7  "substantially the same parties, property, transaction or event" as the C-05-1219 action pending before this

8  Court pursuant to Civil L.R. 3-12(a); and

9  WHEREAS, there is a substantial risk of "an unduly burdensome duplication of labor and

10 expense or conflicting results if the cases are conducted before different judges" pursuant to

11 Civil L.R. 3-12(b);

12  IT IS THEREFORE STIPULATED THAT:

13  1.  Pursuant to Civil L.R. 3-12, *Walter Hammock v. M. Richard Asher, et al.* Case

14  No. C 05-02009 ~~BZ~~ MMC, is related to the action entitled *In re Electronic Arts*

15  *Securities Litigation,* Master File No. C 05-01219 MMC).

16  2.  All matters presently scheduled for hearing in Case No. C 05-02009 are

17  vacated and ~~will~~ must be renoticed ~~before~~ for hearing before Judge Chesney.

18  3.  All future filings in Case No. C 05-02009 shall bear the initials MMC

19  immediately after the case number.

20  Dated: June 9, 2005                    KEKER & VAN NEST, LLP

21

22

23  By: _____
    MICHAEL D. CELIO

24  Attorneys for Defendants ELECTRONIC ARTS
    INC., M. RICHARD ASHER,
25  BRUCE McMILLAN, LEONARD S. COLEMAN,
    TIMOTHY MOTT, WILLIAM J, BYRON,
26  ROBERT W. PITTMAN, JOEL LINZNER,
    WARREN C. JENSON, GERHARD FLORIN,
27  LAWRENCE F. PROBST, III, DON A.
    MATTRICK, NANCY L. SMITH, STEPHEN
28  BENE and J. RUSSELL RUEFF, JR..

1

STIPULATION RE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. C 05-01219 MMC

353394.01

| | | |
|---|---|---|
| 1 | Dated: June 9, 2005 | MARY ALEXANDER & ASSOCIATES |

By: /s/ Mary E. Alexander
MARY ALEXANDER

Attorneys for Plaintiff WALTER HAMMOCK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**APPROVED**
Judge Maxine M. Chesney

Dated: June 17, 2005

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE