1 | MILBERG WEISS BERSHAD
      & SCHULMAN LLP
2 | Jeff S. Westerman (SBN 94559)
    Elizabeth P. Lin (SBN 174663)
3 | Kristen McCulloch (SBN 177558)
    355 S. Grand Avenue, Suite 4170
4 | Los Angeles, CA 90071-3172
    Telephone:   (213) 617-1200
5 | Facsimile:    (213) 617-1975
    --and--
6 | Maya Saxena
    5200 Town Center Circle
7 | Tower One, Suite 600
    Boca Raton, FL  33486
8 | Telephone:   (561) 361-5000
    Facsimile:    (561) 367-8400
9
    COHEN, MILSTEIN, HAUSFELD
10|   & TOLL, P.L.L.C.
    Lisa M. Mezzetti
11| Daniel S. Sommers
    1100 New York Avenue, N.W.
12| Suite 500, West Tower
    Washington, D.C. 20005
13| Telephone:   (202) 408-4600
    Facsimile:    (202) 408-4699
14
    **Lead Counsel**
15

16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
17
**SAN FRANCISCO DIVISION**

18 |                                               ) Case No. 3:05-cv-1219-MMC
19 | In re ELECTRONIC ARTS, INC.                   )
     SECURITIES LITIGATION                         )
                                                   ) ORDER GRANTING APPLICATION
20 |                                               ) FOR ADMISSION OF MAYA SAXENA
     This Document Relates To:  All Actions        ) *PRO HAC VICE*
21 |                                               )
                                                   )
22

23
         Maya Saxena, an active member in good standing of the bar of Florida, whose
24
business address and telephone number are:  Milberg Weiss Bershad & Schulman LLP, 5200 Town
25
Center Circle, Tower One, Suite 600, Boca Raton, FL  33486, tel:  (561) 361-5000, fax:  (561) 367-
26
8400, having applied in the above-entitled action for admission to practice in the Northern District
27
of California on a *pro hac vice* basis, representing Plaintiff, Daniel Taubenfeld, and Movants,
28

RECEIVED
JUL - 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
OF CALIFORNIA

**FILED**

**JUL 0 6 2005**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stationary Engineers Local 39 Pension Trust Fund (the "Stationary Engineers Pension Fund"), City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (the "Miami Beach Pension Fund"), Baden-Wuerttembergische Kapitalanlagegesellschaft mbH ("BWK") and Activest Investmentgesellschaft mbH ("Activest") (collectively, the "Electronic Arts Institutional Investors Group") in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:    JUL     2005

Hon. Maxine M. Chesney