FILED
JUL 0 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUL - 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MILBERG WEISS BERSHAD
  & SCHULMAN LLP
Jeff S. Westerman (SBN 94559)
Elizabeth P. Lin (SBN 174663)
Kristen McCulloch (SBN 177558)
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone:  (213) 617-1200
Facsimile:   (213) 617-1975
--and--
Maya Saxena
5200 Town Center Circle
Tower One, Suite 600
Boca Raton, FL  33486
Telephone:  (561) 361-5000
Facsimile:   (561) 367-8400

COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
Lisa M. Mezzetti
Daniel S. Sommers
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

**Lead Counsel**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ELECTRONIC ARTS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 3:05-cv-1219-MMC<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF CHRISTOPHER S. JONES *PRO HAC VICE* |

  Christopher S. Jones, an active member in good standing of the Bar of Florida, whose business address and telephone number are:  Milberg Weiss Bershad & Schulman LLP, 5200 Town Center Circle, Tower One, Suite 600, Boca Raton, FL  33486, tel:  (561) 361-5000, fax:  (561) 367-8400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Daniel Taubenfeld, and Movants,

Stationary Engineers Local 39 Pension Trust Fund (the "Stationary Engineers Pension Fund"), City Pension Fund for Firefighters and Police Officers in the City of Miami Beach (the "Miami Beach Pension Fund"), Baden-Wuerttembergische Kapitalanlagegesellschaft mbH ("BWK") and Activest Investmentgesellschaft mbH ("Activest") (collectively, the "Electronic Arts Institutional Investors Group") in the above-entitled action..

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 0 ◌ 2005

Hon. Maxine M. Chesney