MILBERG WEISS BERSHAD
    & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
KRISTEN MCCULLOCH (SBN 177558)
355 S. Grand Ave., Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
        -and-
MAYA SAXENA (Pro Hac Vice)
CHRISTOPHER S. JONES (Pro Hac Vice)
5200 Town Center Circle
Tower One, Suite 600
Boca Raton, FL 33486
Telephone: (561) 361-5000
Facsimile: (561) 367-8400

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
LISA M. MEZZETTI (Pro Hac Vice)
DANIEL S. SOMMERS (Pro Hac Vice)
MATTHEW B. KAPLAN
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Co-Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ELECTRONIC ARTS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No. C-05-1219-MMC<br><br>**Stipulation and [Proposed] Order Rescheduling Hearing for Defendants' Motion to Dismiss**<br><br>Judge:    Hon. Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING FOR DEFENDANTS' MOTION TO DISMISS
CASE NO. C-05-1219-MMC

WHEREAS on September 26, 2005, Defendants filed a Motion to Dismiss Plaintiffs' Consolidated Amended Complaint;

WHEREAS the Hearing on Defendants' Motion to Dismiss is currently set for January 6, 2006, at 09:00 a.m. in Courtroom 7, 19th Floor, San Francisco;

WHEREAS a family emergency has arisen for Plaintiffs' counsel, and as a result Plaintiffs' counsel will be unable to attend the Hearing on Friday January 6, 2006;

WHEREAS there have been no previous time modifications in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the Hearing on Defendants' Motion to Dismiss currently scheduled for January 6, 2006 shall be rescheduled to January 20, 2006, at 9:00 a.m.

Dated:  January 3, 2006

STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING FOR DEFENDANTS' MOTION TO DISMISS          2
CASE NO. C-05-1219-MMC

| | |
|---|---|
| By: /s/ Maya Saxena | By: /s/ Michael D. Celio |
| Maya Saxena (*Pro Hac Vice*) | Michael D. Celio |
| Christopher S. Jones (*Pro Hac Vice*) | |

| | |
|---|---|
| **MILBERG WEISS BERSHAD & SCHULMAN LLP** | **KEKER & VAN NEST LLP** |
| 5200 Town Center Circle, Suite 600 | 710 Sansome Street |
| Tower One | San Francisco, CA 94111-1704 |
| Boca Raton, FL 33486 | (415) 391-5400 |
| (561) 361-5000 | (415) 397-7188 (fax) |
| (561) 367-8400 (fax) | |
| | **Counsel for Defendants** |

-and-

Jeffrey S. Westerman
Kristen McCulloch
335 South Grand Avenue
Suite 4170
Los Angeles, CA 90071-3172
(213) 617-1200
(213) 617-1975 (fax)

-and-

**COHEN MILSTEIN HAUSFELD & TOLL PLLC**
Lisa M. Mezzetti (*Pro Hac Vice*)
Daniel S. Sommers (*Pro Hac Vice*)
Matthew B. Kaplan (*Pro Hac Vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202) 408-4600
(202) 408-4699 (fax)

**Co-Lead Counsel for Plaintiffs**

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: January 4, 2006

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE