1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  JAN NIELSEN LITTLE - #100029
   MICHAEL D. CELIO - #197998
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendants
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  In re ELECTRONIC ARTS INC.<br>SECURITIES LITIGATION | Master File No. C 05-01219 MMC |
| 10 | CLASS ACTION |
| 11 | **STIPULATION DISMISSING ACTION;<br>ORDER THEREON** |
| 12 | |
| 13 | Judge:    Hon. Maxine M. Chesney |
| 14  This document relates to:  ALL ACTIONS | |

WHEREAS, this action, entitled *In re Electronic Arts Securities Litigation*, Case No, C 05-01219 MMC, is currently pending before this Court; and

WHEREAS, on January 5, 2006 the Court granted Defendants' motion to dismiss; and

WHEREAS, the Court gave Plaintiffs 21 days to file an amended complaint should they desire to do so; and

WHEREAS, Lead Plaintiffs have elected not to file an amended complaint;

IT IS THEREFORE STIPULATED THAT:

1. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Case No, C 05-01219 MMC is dismissed with prejudice, except the class action allegations, which are dismissed without prejudice.

2. Pursuant to 15 U.S.C. § 78u-4(c)(1) all parties complied with their duties under Rule 11 of the Federal Rules of Civil Procedure.

3. Each party shall bear its own costs.

Dated: January 26, 2006

KEKER & VAN NEST, LLP

By: _____
MICHAEL D. CELIO

Attorneys for Defendants

Dated: January   , 2006

MILBERG WEISS BERSHAD & SCHULMAN LLP

By: _____
MAYA SAXENA

Attorneys for Lead Plaintiffs and Co-Lead Counsel

1   WHEREAS, this action, entitled *In re Electronic Arts Securities Litigation*, Case No, C
2   05-01219 MMC, is currently pending before this Court; and
3   WHEREAS, on January 5, 2006 the Court granted Defendants' motion to dismiss; and
4   WHEREAS, the Court gave Plaintiffs 21 days to file an amended complaint should they
5   desire to do so; and
6   WHEREAS, Lead Plaintiffs have elected not to file an amended complaint;
7   IT IS THEREFORE STIPULATED THAT:
8   1.   Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Case No, C 05-
9        01219 MMC is dismissed with prejudice, except the class action allegations,
10       which are dismissed without prejudice.
11  2.   Pursuant to 15 U.S.C. § 78u-4(c)(1) all parties complied with their duties under
12       Rule 11 of the Federal Rules of Civil Procedure.
13  3.   Each party shall bear its own costs.

Dated: January   , 2006                     KEKER & VAN NEST, LLP


                                            By: _____
                                                MICHAEL D. CELIO

                                            Attorneys for Defendants
Dated: January 26, 2006                     MILBERG WEISS BERSHAD
                                            & SCHULMAN LLP



                                            By: _____
                                                MAYA SAXENA

                                            Attorneys for Lead Plaintiffs and Co-Lead Counsel

1
STIPULATION DISMISSING ACTION
Case No. C 05-01219 MMC

365657.01

1 | Dated: January 26, 2006

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C

By: /s/ Mamnesvette
LISA M. MEZZETTI (Pro Hac Vice)

Attorneys for Lead Plaintiffs and Co-Lead Counsel

IT IS SO ORDERED.

Dated: January 26, 2006

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Maxine M. Chesney]*